RECEIVED
APR 21 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ANTWAIN ROBINSON, Petitioner | CIVIL ACTION NO. 1:17-CV-0022-P |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| J.A. BARNHART, Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 4), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the § 2241 petition is hereby DENIED and DISMISSED with prejudice.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 21st day of April, 2017.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE